# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** **Plaintiff/Respondent,** vs. **ADRIEN JOHN MATUCK,** **Defendant/Movant.** | **CR 12-22-GF-BMM** **ORDER TO FILE DOCUMENT UNDER SEAL** |

Upon motion of the United States to file a document under seal, and for good cause shown,

IT IS ORDERED that the Clerk of Court shall file the document under seal.

DATED this 21st day of November 2019.

_____
Brian Morris
United States District Court Judge

1